## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | CHAPTER 13 |
| Patricia Harte-Kuscin, Debtor. | CASE NO. 19-13393-jkf |
| | HEARING DATE: February 26, 2020 |
| | HEARING TIME: 9:30 AM |
| Pentex Holdings LLC, Movant | **LOCATION** |
| | U.S. Bankruptcy Court |
| vs. | Eastern District of Pennsylvania |
| | Robert N.C. Nix Federal Courthouse |
| Patricia Harte-Kuscin, Respondent | Courtroom No 3 |
| | 900 Market Street |
| and | Philadelphia, Pennsylvania |
| Scott F. Waterman, Trustee. | |

### STIPULATION RESOLVING OBJECTIONS TO PROPOSED CHAPTER 13 PLAN WITH RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

IT IS HEREBY STIPULATED by and between Creditor, Pentex Holdings LLC, its assignees and/or successors in interest ("Creditor"), through its counsel, Jason Brett Schwartz, Esquire, and Debtor Patricia Harte-Kuscin, through her counsel, Michael Adam Cohen, Esquire, and Scott F. Waterman, Chapter 13 Trustee.

Creditor filed an Objection to the Debtor's Amended Chapter 13 Plan on January 15, 2020 at Doc. 27. The parties have agreed to amicably resolve the Objection as follows:

1. Relief from the automatic stay and co-debtor in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to the subject Property, and Creditor, its assignees and/or successors in interest, may proceed with foreclosure of the subject Property generally described as 8739 Gillespie Street, Philadelphia, PA 19136, pursuant

1

to applicable state law, and thereafter commence any action necessary to obtain complete possession thereof.

2. The Order Approving Stipulation and Vacating Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

3. In accordance with U.S.C. §109(g), the Debtor may not file any further bankruptcy cases for a period of 180 days upon entry of the Order Approving Stipulation and Vacating Stay, except upon motion by the Debtor and for good cause shown.

4. The parties request that the Court enter an Order Approving this Stipulation Resolving Objections to Proposed Chapter 13 Plan with Relief from Automatic Stay and Co-Debtor Stay.

Respectfully submitted,

Dated: _____

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Counsel for Creditor
1917 Brown Street
Philadelphia, PA 19130
Telephone (267) 909-9036
Facsimile (267) 541-2139
E-Mail: jschwartz@mesterschwartz.com
S.124-6674.NF

Dated: 2/24/2020

Michael Adam Cohen, Esq.
Law Office of Michael A. Cohen
2113 Snyder Ave.
Philadelphia, PA 19145

2

Dated: _____

                                      Scott F. Waterman
                                      Chapter 13 Trustee
                                      2901 St. Lawrence Ave., Suite 100
                                      Reading, PA 19606

**IT IS SO ORDERED**

                                      Jean K. FitzSimon
                                      BANKRUPTCY JUDGE